This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**IN THE MATTER OF THE ESTATE OF**
**RENNALD C. SCHMIDT, Deceased,**

**PHYLLIS MARIE SCHMIDT and**
**BERNHARD JEROME WELZ,**

Plaintiffs-Appellants,

**v.**                                    No. 33,559

**WILLIAM SCHMIDT and**
**CARRIE SCHMIDT GLESS,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**James L. Sanchez, District Judge**

Phyllis Marie Schmidt
Los Lunas, NM

Bernhard Welz
Los Lunas, NM

Pro Se Appellants

Tax Estate & Business Law, Ltd.
Thomas Smidt II
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.  Affirmed.

{2}     **IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**JONATHAN B. SUTIN, Judge**

2